**Form 3015-1 – Chapter 13 Plan**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MODIFIED CHAPTER 13 PLAN**

In re: **Soukup, Brandon & Christine**                                                             Dated: July 2, 2010
                                                                                                   Case No. 10-60459

*In a joint case, debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO TRUSTEE:**
   a. As of the date of this plan, the debtor has paid the trustee _____.
   b. After the date of this plan, the debtor will pay the trustee **$350.00** per month for 60 months, beginning within 30 days after the order for relief for a total of **$21,000.00**
      The minimum plan length is __36 or _X_ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee:_____
   d. **The debtor will pay the trustee a total of $21,000.00 [line 1(a) + line 1(b) + line 1(c)].**

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or **$ 2,100.00**, [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor: | Monthly Payment: | # of Months: | Total Payments: |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. TOTAL | | | |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Automatic stay terminates regarding this contract when the lease expires.
   Cure provisions, if any, are set forth in ¶ 7.

| Creditor: | Description of Property: |
|---|---|
| a. **Ford Motor Credit** | **2008 Ford Fusion, lease expires 2/5/2011** |
| b. | |

5. **CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor: | Description of Claim |
|---|---|
| a. **Homecomings Financial** | *2nd Mortgage on Home in Moorhead, MN* |
| b. | |
| c. | |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| Creditor: | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **a. CitiMortgage** | **$10,786.00** | $190.00 | 1 | 16 | **$10,786.00** |
| | | $315.00 | 17 | 24 | |
| | | $186.00 | 40 | 1 | |
| b. | | | | | |
| c. | | | | | |
| d. TOTAL: | | | | | $10,786.00 |

*Form 3015-1 (Minnesota) Chapter 13 Plan MODIFIED*
*Page **1** of **3***

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| Creditor: | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. *N/A* | | | | | | |
| b. | | | | | | |
| c. | | | | | | |
| d. **TOTAL:** | | | | | | |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor: | Claim Amount | Secured Claim | Interest Rate | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
| a. *N/A* | | | | | | | |
| b. | | | | | | | |
| c. | | | | | | | |
| d. **TOTAL:** | | | | | | | |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. **The amounts listed are estimates**. The trustee will pay the amounts actually allowed.

| Creditor: | Estimated Claim: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL: |
|---|---|---|---|---|---|
| a. Attorney Fees | $2,000.00 | $125.00 | 1 | 16 | $2,000.00 |
| b. Domestic Support | | | | | |
| c. Internal Revenue Service | | | | | |
| d. Minnesota Department of Revenue | | | | | |
| e. **TOTAL:** | | | | | $2,000.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: _____.The trustee will pay the allowed claims of the following creditors. **All entries below are estimates**.

| Creditor: | Interest Rate: (if any) | Claim Amount: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL PAYMENTS: |
|---|---|---|---|---|---|---|
| a. | | | | | | |
| b. | | | | | | |
| c. TOTAL | | | | | | |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ 6,114.00 *[line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)]*.
    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $_____.
    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $94,717.30
    c. **Total estimated unsecured claims are $ 94,717.30 [line 11(a) + line 11(b)].**

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** — The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

   a.   Debtors pledge all disposable income for the duration of the plan. Tax refunds are considered disposable income for the purposes of this plan. The debtor(s) shall turn over to the Trustee the receipt of any state and federal tax refunds during this Chapter 13 case as additional plan payments, and will not spend, transfer, encumber or dissipate any portion of such refunds without the consent of the Chapter 13 Trustee.

14. **SUMMARY OF PAYMENTS**:

| | |
|---|---|
| Trustee's Fee [Line2) | $2,100.00 |
| Home Mortgage Defaults [Line 6(d)] | $10,786.00 |
| Claims in Default [Line 8(d)] | |
| Other Secured Claims [Line 8(d)] | |
| Priority Claims [Line 9(f)] | $2,000.00 |
| Separate Classes [Line 10(c)] | |
| Unsecured Creditors [Line 11] | $ 6,114.00 |
| TOTAL [must equal Line 1(d)] | $21,000.00 |

Dated: 7/16/2010

_/e/ ALAN SORENSEN_____
Alan Sorensen #0387536
Bulie Law Office
1790 32nd Ave. South Suite 2B
Fargo, ND 58104
(701) 298-8748

Signed___/e/ BRANDON SOUKUP_____
                                                                                   DEBTOR

Signed_/s/ CHRISTINE SOUKUP_____ _____
                                                                    DEBTOR (if joint case)

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                  Case No. **10-60459**

**Soukup, Brandon & Soukup, Christine**                                 Chapter **13**
                            Debtor(s)

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS

☐ CHAPTER 13 PLAN

☐ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION

☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

☑ MODIFIED CHAPTER 13 PLAN

☐ OTHER (Please describe) _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

· The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

· The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

· **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

· I consent to my attorney electronically filing with United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

· **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **July 16, 2010**

X _____                     X _____
Signature of Debtor or Authorized Representative       Signature of Joint Debtor
**Brandon Soukup**                                    **Christine Soukup**
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Soukup, Brandon & Christine

Debtor

Bankruptcy No: 10-60459
Chapter 13

## NOTICE OF MOTION AND MOTION TO MODIFY CHAPTER 13 PLAN
### *PRE-CONFIRMATION*

The debtor moves to modify the Chapter 13 plan in the above referenced case.

The confirmation hearing will take place on Confirmation hearing to be held on 7/20/2010 at 10:00 AM at **209 PO Bldg, 118 S Mill St, Fergus Falls, MN 56537**

Any response to this motion must be filed and delivered not later than 10:00 a.m. on July 19, 2010, which is 24 hours (1 business day) before the time set for the hearing, or filed and served by mail not later than July 15, 2010, which is three business days before the time set for the hearing. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING**.

Dated: July 19, 2010

/e/ ALAN SORENSEN
Attorney for Debtor
Bulie Law Office
1790 32ND Ave. S. Ste 2B
Fargo, ND 58103
Phone: (701) 298-8748

**United States Bankruptcy Court**
**District of Minnesota**

**IN RE:**  Case No. **10-60459**

**Soukup, Brandon & Soukup, Christine**  Chapter **13**
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Second Amended Chapter 13 Plan**
**Notice & Motion to Modify Plan Pre-Confirmation**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **19th** day of **July**, **2010**.

*/s/ Alan Sorensen*
**Alan Sorensen 0387536**
**Bulie Law Office**
**421 DeMers Ave. Suite 3**
**Grand Forks, ND  58201**

**alan@bulielaw.com**

| | | |
|---|---|---|
| ACS<br>PO Box 78844<br>Phoenix, AZ  85062-8844 | Acs/gco Ed Loan Fund<br>501 Bleecker St<br>Utica, NY  13501 | American Coraadius Interantional<br>PO Box 505<br>Linden, MI  48451-0505 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | Chase<br>Po Box 15298<br>Wilmington, DE  19850 | Child Support Enforcement<br>PO Box 7190<br>Bismarck, ND  58507-7190 |
| Citi Bank<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 | CitiFinancial<br>Po Box 499<br>Hanover, MD  21076 | CitiMortgage Inc<br>Po Box 9438,dept 0251<br>Gaithersburg, MD  20898 |
| Cont Credit<br>1110 SE Alder St<br>Portland, OR  97214 | Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL  32256-7412 | Erika Hewitt<br>3420 32nd St S # 303<br>Fargo, ND  58104 |
| Ford Motor Credit<br>PO Box 94380<br>Palatine, IL  60094-4380 | GE Money<br>PO Box 981422<br>El Paso, TX  79998-1422 | Gurstel Staloch & Chargo<br>401 N 3rd St Ste 390<br>Minneapolis, MN  55401-1300 |
| Homecomings Financial<br>Attn: Bankruptcy Dept<br>1100 Virginia Dr<br>Fort Washington, PA  19034-3204 | HSBC Retail Services<br>PO Box 15521<br>Wilmington, DE  19850-5521 | Kohl's<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI  53051 |
| Meritcare Medical Group<br>PO Box 2168<br>Fargo, ND  58107-2168 | Messerli & Kramer<br>3033 Campus Dr Ste 250<br>Plymouth, MN  55441-2662 | Midland Credit Management<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255 |
| Monitronics<br>PO Box 814530<br>Dallas, TX  75381-4530 | Moorhead Vision Associates<br>Moorhead Center Mall<br>510 Center Ave<br>Moorhead, MN  56560-1922 | North Star Capital Acquisition, LLC<br>220 John Glenn Drive #100<br>Amhearst, NY  14228 |
| Palisades Collections<br>PO Box 1244<br>Englewood Cliffs, NJ  07632-0244 | Rausch, Sturm, Israel & Hornik, S.C.<br>680 Southdale Office Centre<br>6600 France Ave S<br>Minneapolis, MN  55435-1805 | The Affiliated Group 1<br>3055 41st St NW<br>Rochester, MN  55901-6893 |
| United Accounts, Inc<br>3481 S University Drive Ste. 201<br>PO Box 9239<br>Fargo, ND  58106-9331 | Universal Fidelity LP<br>PO Box 941911<br>Houston, TX  77094-8911 | Wells Fargo Financial<br>PO Box 98784<br>Las Vegas, NV  89193-8784 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Zenith Acquisition**
**220 John Glenn Dr # 1**
**Amherst, NY 14228-2228**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only