Form 3015-1 – Chapter 13 Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MODIFIED CHAPTER 13 PLAN**

In re: **Soukup, Brandon & Christine**                                                          Dated: July 10, 2012
                                                                                                 Case No. 10-60459

*In a joint case, debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO TRUSTEE:**
    a. As of the date of this plan, the debtor has paid the trustee: **$10,657.00.**
    b. After the date of this plan, the debtor will pay the trustee:
        i. **$362.00** per month for 12 month starting July 20, 2012;
        ii. **$562.00** per month, starting July 20, 2013 for 22 months for a total of **$27,365.00**
    The minimum plan length is __36 or _X_ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
    c. The debtor will also pay the trustee:_____
    d. **The debtor will pay the trustee a total of $27,365.00[line 1(a) + line 1(b) + line 1(c)].**

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or **$ 2,736.50** line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] –** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor: | Monthly Payment: | # of Months: | Total Payments: |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. TOTAL | | | |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] –** The debtor assumes the following executory contracts or unexpired leases. Automatic stay terminates regarding this contract when the lease expires. Cure provisions, if any, are set forth in ¶ 7.

| Creditor: | Description of Property: |
|---|---|
| a. **Ford Motor Credit** | **2008 Ford Fusion, lease and automatic stay expired 2/5/2011;** |
| b. | |

5. **CLAIMS NOT IN DEFAULT –** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor: | Description of Claim |
|---|---|
| a. **Homecomings Financial** | *2nd Mortgage on Home in Moorhead, MN* |
| b. | |
| c. | |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| Creditor: | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| | | *Amount paid as of 7/10/12: $7,667.44* | | | |
| | | $162.90 | 27 | 3 | |
| | | $350.70 | 30 | 1 | |
| | | $325.80 | 31 | 6 | |
| **a. CitiMortgage** | **$10,786.00** | $324.36 | 36 | 1 | **$10,786.00** |
| b. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| c. | | | | | |
| d. TOTAL: | | | | | $10,786.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| Creditor: | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. *N/A* | | | | | | |
| b. | | | | | | |
| c. | | | | | | |
| d. **TOTAL:** | | | | | | |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor: | Claim Amount | Secured Claim | Interest Rate | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
| a. *N/A* | | | | | | | |
| b. | | | | | | | |
| c. | | | | | | | |
| d. **TOTAL:** | | | | | | | |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. **The amounts listed are estimates**. The trustee will pay the amounts actually allowed.

| Creditor: | Estimated Claim: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL: |
|---|---|---|---|---|---|
| a. Attorney Fees | $500.00 | *Total fees paid to date: $2,000.00:* | | | $2,500.00 |
| | | $162.90 | 27 | 3 | |
| | | $ 11.30 | 30 | 1 | |
| b. Domestic Support | | | | | |
| c. Internal Revenue Service | | | | | |
| d. Minnesota Department of Revenue | | | | | |
| e. **TOTAL:** | | | | | $2,500.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: _____.The trustee will pay the allowed claims of the following creditors. **All entries below are estimates**.

| Creditor: | Interest Rate: (if any) | Claim Amount: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL PAYMENTS: |
|---|---|---|---|---|---|---|
| a. | | | | | | |
| b. | | | | | | |
| c. **TOTAL** | | | | | | |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately **$ 11,342.50** *[line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)]*.

    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $_____.
    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $94,717.30
    **c. Total estimated unsecured claims are $ 94,717.30 [line 11(a) + line 11(b)].**

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** — The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

    a. **Debtors pledge all disposable income for the duration of the plan. The debtor shall send the Trustee each year during the Chapter 13 Plan copies of his/her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2.000.00 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 trustee as additional plan payments.**

14. **SUMMARY OF PAYMENTS**:

| | |
|---|---|
| Trustee's Fee [Line2) | $2,736.50 |
| Home Mortgage Defaults [Line 6(d)] | $10,786.00 |
| Claims in Default [Line 8(d)] | |
| Other Secured Claims [Line 8(d)] | |
| Priority Claims [Line 9(f)] | $2,500.00 |
| Separate Classes [Line 10(c)] | |
| Unsecured Creditors [Line 11] | $ 11,342.50 |
| TOTAL [must equal Line 1(d)] | $ 27,365.00 |

Dated: 8/3/2012


*/e/ ALAN SORENSEN*
Alan Sorensen #0387536
Bulie Law Office
1790 32nd Ave. South Suite 2B
Fargo, ND 58104
(701) 298-8748




Signed   */e/ BRANDON SOUKUP*
                                                   DEBTOR


Signed   */e/ CHRISTINE SOUKUP*
                                                   DEBTOR (if joint case)

**Varied Payment Schedule**

| **2010** | | | **2011** | | | **2012** | | |
|---|---|---|---|---|---|---|---|---|
| Due Date: | PMT# | Payment | Due Date: | PMT# | Payment | Due Date: | PMT# | Payment |
| 1/2010 | | | 1/2011 | 9 | $ 350.00 | 1/2012 | 21 | $ 350.00 |
| 2/2010 | | | 2/2011 | 10 | $ 350.00 | 2/2012 | 22 | $ 350.00 |
| 3/2010 | | | 3/2011 | 11 | $ 350.00 | 3/2012 | 23 | $ 350.00 |
| 4/2010 | | | 4/2011 | 12 | $ 350.00 | 4/2012 | 24 | $ 350.00 |
| 5/2010 | 1 | $ 350.00 | 5/2011 | 13 | $ 350.00 | 5/2012 | 25 | $ 350.00 |
| 6/2010 | 2 | $ 350.00 | 6/2011 | 14 | $ 350.00 | 6/2012 | 26 | $ 350.00 |
| 7/2010 | 3 | $ 350.00 | 7/2011 | 15 | $ 350.00 | 7/2012 | 27 | $ 362.00 |
| 8/2010 | 4 | $ 350.00 | 8/2011 | 16 | $ 350.00 | 8/2012 | 28 | $ 362.00 |
| 9/2010 | 5 | $ 350.00 | 9/2011 | 17 | $ 350.00 | 9/2012 | 29 | $ 362.00 |
| 10/2010 | 6 | $ 350.00 | 10/2011 | 18 | $ 350.00 | 10/2012 | 30 | $ 362.00 |
| 11/2010 | 7 | $ 350.00 | 11/2011 | 19 | $ 350.00 | 11/2012 | 31 | $ 362.00 |
| 12/2010 | 8 | $ 350.00 | 12/2011 | 20 | $ 350.00 | 12/2012 | 32 | $ 362.00 |

| **2013** | | | **2014** | | | **2015** | | |
|---|---|---|---|---|---|---|---|---|
| Due Date: | PMT# | Payment | Due Date: | PMT# | Payment | Due Date: | PMT# | Payment |
| 1/2013 | 33 | $ 362.00 | 1/2014 | 45 | $ 562.00 | 1/2015 | 57 | $ 562.00 |
| 2/2013 | 34 | $ 362.00 | 2/2014 | 46 | $ 562.00 | 2/2015 | 58 | $ 562.00 |
| 3/2013 | 35 | $ 362.00 | 3/2014 | 47 | $ 562.00 | 3/2015 | 59 | $ 562.00 |
| 4/2013 | 36 | $ 362.00 | 4/2014 | 48 | $ 562.00 | 4/2015 | 60 | $ 562.00 |
| 5/2013 | 37 | $ 362.00 | 5/2014 | 49 | $ 562.00 | 5/2015 | | |
| 6/2013 | 38 | $ 362.00 | 6/2014 | 50 | $ 562.00 | 6/2015 | | |
| 7/2013 | 39 | $ 562.00 | 7/2014 | 51 | $ 562.00 | 7/2015 | | |
| 8/2013 | 40 | $ 562.00 | 8/2014 | 52 | $ 562.00 | 8/2015 | | |
| 9/2013 | 41 | $ 562.00 | 9/2014 | 53 | $ 562.00 | 9/2015 | | |
| 10/2013 | 42 | $ 562.00 | 10/2014 | 54 | $ 562.00 | 10/2015 | | |
| 11/2013 | 43 | $ 562.00 | 11/2014 | 55 | $ 562.00 | 11/2015 | | |
| 12/2013 | 44 | $ 562.00 | 12/2014 | 56 | $ 562.00 | 12/2015 | | |